## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

       Plaintiff/Respondent,

vs.

                                  **ORDER**
                                Cr. No. 97-276(22) (MJD)

Antoine D. Brown,

       Defendant/Petitioner.

_____

       Petitioner is _pro se_.

_____

       Petitioner has moved the Court for reconsideration of this Court's Order dated July 28, 2005 denying his motion for relief pursuant to 18 U.S.C. § 3582.

       Local Rule 7.1(g) provides that motions for reconsideration are prohibited except by express permission of the Court, which will be granted only upon a showing of compelling circumstances. The Court will treat Petitioner's motion for reconsideration as a request to file such a motion.

The Court has reviewed Petitioner's submission and finds no compelling circumstances upon which to grant permission to file a motion for reconsideration.

Accordingly, Plaintiff's request to file a motion for reconsideration is DENIED.

Date: September 14, 2005

        s/ Michael J. Davis
        Michael J. Davis
        United States District Court